UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>        Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-06338-HSG<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF TO SERVE DEFENDANTS**<br><br>Re: Dkt. Nos. 1, 13 |

ORDER by Hon. Haywood S. Gilliam, Jr. **VACATING** the case management conference previously scheduled for March 12, 2024. *See* Dkt. No. 13. The Court will reset the case management conference if needed once Plaintiff has served Defendants. Plaintiff is **DIRECTED** to complete proper service on Defendants by April 22, 2024. If Plaintiff fails to complete service by this deadline, the case will be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiff is encouraged to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants. More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help. Appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

       **IT IS SO ORDERED.**

Dated: 3/11/2024

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge