UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel Vargas                              , | Case No. 23-cv-06338-HSG |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| Expedia, Inc., et al.                      , | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Sondra A. Hemeryck , an active member in good standing of the bar of

Illinois , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: United Airlines and Brett Hart in the

above-entitled action. My local co-counsel in this case is David Kempen , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 345980 .

| | |
|---|---|
| Riley Safer Holmes & Cancila LLP 70 West Madison St, Suite 2900, Chicago, Illinois 60602 | Riley Safer Holmes & Cancila LLP 456 Montgomery Street, 16th Floor San Francisco, California 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312-471-8700 | 415-275-8550 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| shemeryck@rshc-law.com | dkempen@rshc-law.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6207039 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____6/21/24_____                              Sondra A. Hemeryck_____
                                                            APPLICANT

5

6  ════════════════════════════════════════════

7

8                           ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Sondra A. Hemeryck___ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____6/28/2024_____

16

17  _____
    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Sondra Ann Hemeryck

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/1991 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of June, 2024.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois

## CERTIFICATE OF SERVICE

I hereby certify that I caused the above document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

Dated: June 21, 2024

                    */s/ David W. Kempen*
                    David W. Kempen

CASE NO.: 23-CV-06338-HSG