UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>          Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., et al.,<br><br>          Defendants. | Case No. 23-cv-06338-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 33 |

Defendants filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 33. Plaintiff's deadline to respond was July 2, 2024. To date, Plaintiff has not opposed or otherwise responded to Defendant's motion. Accordingly, the Court **DIRECTS** Plaintiff TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to oppose Defendants' motion by the July 2, 2024, deadline. Plaintiff shall file a statement of two pages or less by August 9, 2024. Further, the Court **VACATES** the hearing on the motion to dismiss currently set for August 1, 2024. *See* Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: 7/19/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge