UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-06338-HSG<br><br>**ORDER DISCHARGING OSC AND DIRECTING DEFENDANTS TO FILE REPLY TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 33, 41 |

United Airlines Inc. and Brett Hart (collectively, "Defendants") filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 33. Plaintiff failed to oppose or otherwise respond to the motion by the Court ordered deadline. The Court directed Plaintiff to show cause why his case should not be dismissed for failure to prosecute given his failure to oppose Defendants' motion. *See* Dkt. No. 41. Rather than filing a response to the order to show cause, Plaintiff filed his opposition to the motion to dismiss. *See* Dkt. No. 45. Pro se Plaintiff's opposition to the motion to dismiss demonstrates his intent to litigate this case. Accordingly, the Court **DISCHARGES** the order to show cause, *see* Dkt. No. 41, and **DIRECTS** Defendants to file their reply brief no later than August 2, 2024.

**IT IS SO ORDERED.**

Dated: 7/25/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge