UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL VARGAS,

              Plaintiff,

    v.

EXPEDIA, INC., et al.,

              Defendants.

Case No. 23-cv-06338-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 42

Defendants Expedia, Inc., and Peter Kern filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 42. Plaintiff's deadline to respond was August 5, 2024. To date, Plaintiff has not opposed or otherwise responded to Defendant's motion. Accordingly, the Court **DIRECTS** Plaintiff **TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to oppose Defendants' motion by the August 5, 2024, deadline. Plaintiff shall file a statement of two pages or less by September 9, 2024. Further, the Court **VACATES** the hearing on the motion to dismiss currently set for August 29, 2024. *See* Dkt. No. 33.

This is not the first time Plaintiff has failed to meet a court-imposed deadline. Plaintiff similarly failed to timely respond to the motion to dismiss filed by Defendants United Airlines and Brett Hart. Plaintiff is advised that further failures to comply with Court orders may result in the dismissal of Plaintiff's case without further notice for failure to prosecute.

      **IT IS SO ORDERED.**

Dated:   8/15/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge