United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPEDIA, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-06338-HSG<br><br>**ORDER DISCHARGING OSC AND DIRECTING DEFENDANTS TO FILE REPLY TO MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 42, 49 |

Defendants Expedia, Inc., and Peter Kern filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 42. Plaintiff failed to oppose or otherwise respond to the motion by the Court-ordered deadline, and the Court directed Plaintiff to show cause why his case should not be dismissed for failure to prosecute given his failure to oppose Defendants' motion. *See* Dkt. No. 49. This is the second time Plaintiff has failed to timely oppose a motion to dismiss and the Court has had to issue an order to show cause to prompt Plaintiff to respond. *See* Dkt. No. 41. Plaintiff filed a response to the second order to show cause and an opposition to the motion to dismiss, demonstrating his intent to litigate this case. *See* Dkt. Nos. 50, 51. Plaintiff indicates that he inadvertently missed the deadline to respond. *See* Dkt. No. 51 at 1. The Court appreciates the challenges of litigating a case *pro se*, but reiterates that Plaintiff must take all steps necessary to avoid missing further deadlines. The case can only move forward efficiently and fairly if all parties scrupulously follow the Court's orders and rules.

//
//
//
//

The Court **DISCHARGES** the order to show cause, *see* Dkt. No. 49, and **DIRECTS** Defendants to file their reply brief no later than September 5, 2024.

**IT IS SO ORDERED.**

Dated: 8/26/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge