UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VARGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPEDIA, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-06338-HSG<br><br>**JUDGMENT** |

      Judgment is hereby entered consistent with the Court's Ordert Granting in Part and Denying in Part Defendants' Motions to Dismiss,

      This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

      Dated at Oakland, California, this 14th day of November, 2024.

                                              Mark B. Busby,
                                              Clerk of Court

                                              By: _____
                                              Nikki D. Riley
                                              Deputy Clerk to the Honorable
                                              HAYWOOD S. GILLIAM, JR.